# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:  )  Case No.: 17-63608

Iman E. Daniel  )

)  Chapter: 7

Debtor(s)

"Motion to Reopen Additional Creditors"

I Iman E. Daniel ask of the courts to add additional creditors to case number 1763608. It was an oversight through the initial filing of case.

Dated: 04/23/2018

Signature: Iman E. Daniel

Printed Name: Iman E. Daniel

Address: 112 Courtland street unit 20404

Phone:

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2018 APR 23 AM 9:53
M. REGINA THOMAS
CLERK
BY: DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Iman E. Daniel ) Case No: 17-63608
112 Courtland street )
unit 2040Y atlanta Ga ) Chapter 7
30303  Debtor(s) )

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __23__ day of __April__, 2018, I served a copy of the __Bankruptcy notice__ which was filed in this bankruptcy matter on the __23__ day of __april__, 2018.

Mode of service (check one):  ✓ MAILED  ___ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

251 north ave. atlanta Ga 30308 (251 north)
M. Denise Dotson LLC P.O. Box 435
avondale Estate, GA 30003

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:

Signature: Iman E. Daniel
Printed Name: Iman E. Daniel
Address: 112 Courtland street unit 2040Y atlanta Ga 30303
Phone: 678-229-3800