

**IT IS ORDERED as set forth below:**

**Date: May 18, 2018**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

IMAN EMANUEL DANIEL,

　　　　Debtor.

CASE NO. 17-63608-BEM

CHAPTER 7

**O R D E R**

This matter is before the Court on Debtor's "Motion to Reopen Additional Creditors." [Doc. 24]. In the Motion, Debtor seeks to add creditors that were inadvertently omitted from his schedules. Debtor's case is a no-asset Chapter 7 case. The Trustee filed a report of no distribution on September 13, 2017, and Debtor received a discharge on November 13, 2017. [Doc. 21]. In a no-asset Chapter 7 case, the discharge applies to all prepetition debts, regardless of whether they were scheduled, unless an exception to discharge applies to the particular debt. 11 U.S.C. §§ 727(b); 523(a).

Because adding creditors will not affect whether the underlying debt was discharged, Debtor's Motion to Reopen is moot. In addition, Debtor has not paid the fee for filing a motion to reopen. Accordingly, it is

ORDERED that the Motion to Reopen is DENIED.

**END OF ORDER**

## Distribution List

Iman Emanuel Daniel
112 Courtland Street
Unit 20404
Atlanta, GA 30303

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

M. Denise Dotson
M. Denise Dotson, LLC
P.O. Box 435
Avondale Estates, GA 30003

251 North
251 North Ave.
Atlanta, GA 30308