**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: )    Case No.: 17-63608

Iman E. Daniel )

)

)    Chapter:    7

)

Debtor(s)    *vilation of automatic stay*

Motion to sue enterprise leasing/Rental code (362)

I Imon Daniel   enterprise leasing/rental for vilation code (362) of Bankruptcy. Enterprise inadvertly put out an arrest warrent for Imon Daniel with regards to a miscommunication of an amount and a vehicle return. I'd spoken with enterprise leasing/rental in regards of keeping automible for an additional few weeks, which was approve by customer service. I'd begin to recieve threating messages from an individual that work for enterpice about the return of car. My debit card was lost, so I sent funds to enterprise account department via money orders for the additional weeks. (additional docs are attach)

Dated: 02/21/2019    Signature:    Iman E. Daniel

Printed Name:    Iman E. Daniel

Address:    265 Ponce de leon
Ave Unit 3216

Phone:

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 FEB 21 PM 4: 23

M. REGINA THOMAS
CLERK
BY

code (362). I've attach additional documents with regards to this case with motion. I have a recorded conversation with Zeeks trucking that they never recieve letter of intent from enterprise. Even thhough enterprise decieved courts to abtain the absurb warrent from Fulton County State court. I have reciepts of payments and recorded messages of enterprising conferming vihecle was at there location. Arrest on Oct 25, 2017 spent seven days of incaceration clayton/Fulton County. I was working for uber at the time of arrest, had a customer in the car, officer had to give cutomer ride home. I'm totally humiliated and is seeing a psh-Chiatries of P.T.S.D. in helping me get threw the hardship and totally interuption of my life. I'm current on Zoloft medication for whert enterprise has put me threw My doctors address is 25 park Drive Atlanta, G a 30303. Dr. Sanchu!

The warrant was for theft by conversion.

to have a theft by conversion claim, the other party most send in a certified letter to known address of intention of returning vehicle, which was never done. Because I was renting with my debit card enterprise policy is for me to show two forms of address proof. I gave them a utility bill and a pay stub of my address, which is 1600 tiberron PKWY SE Smyrna, GA 30080, at the time of renting. Plus an employer of the company had to pick me up. Therefore enterprise was well aware of my correct address, instead they sent the letter to a former address preventing me of knowing of any legal matter they were to take. That address is 2115 piedmont rd. 2207 Atlanta, GA 30324 deceiving the courts to obtain the warrant. I've spoken with Fulton County Prosecuting department, which there've informed me the case will not go forward because of lack of evidence on en-terprise part. After speaking with varies of legal counselmans, there've advice me for a fair just amount in demages an award of 1.3 million dollars to ask the Bankruptcy courts Northern District to award myself Amon & Daniel against enterprise leasing/rental company for vilating Bankruptcy

# CASE SUMMARY
## CASE NO. 17CP171509

| | | |
|---|---|---|
| The State of Georgia<br>VS<br>INMAN DANIEL | §<br>§<br>§<br>§ | Location: **Complaint Room**<br>Filed on: **10/30/2017** |

### CASE INFORMATION

**Offense**
1. Theft By Conversion
   OBTS: 88410609291   ACN: 1721748
   Arrest: 10/30/2017        FCSO - Fulton County Sheriff's Office

| Statute | Deg | Date | |
|---|---|---|---|
| 16-8-4 | F | 06/23/2017 | Case Type: **RN-PREFILE / CRIMINAL COMPLAINT** |
| | | | Case Status: **10/30/2017   Open** |

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number       17CP171509<br>Court       Complaint Room<br>Date Assigned       10/31/2017 |

### PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| **PLAINTIFF** | The State of Georgia | |
| **DEFENDANT** | DANIEL, INMAN | **SMITH, TIFFANI A**<br>*Retained*<br>404-612-3186(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/31/2017 | **COUNTY JAIL FIRST APPEARANCE** (11:00 AM)  (Judicial Officer: JUDGE, COMPLAINT ROOM) | |
| 10/31/2017 | COUNTY JAIL FIRST APPEARANCE COURT ACTION<br>Party: DEFENDANT  DANIEL, INMAN | |
| 10/31/2017 | COUNTY JAIL P.T. ASSESSMENT<br>Party: DEFENDANT  DANIEL, INMAN | |
| 10/31/2017 | COUNTY JAIL BOND ORDER<br>Party: DEFENDANT  DANIEL, INMAN | |
| 10/31/2017 | COUNTY JAIL COMMITMENT<br>Party: DEFENDANT  DANIEL, INMAN | |
| 10/31/2017 | COUNTY JAIL PETITION/MOTION FOR BOND<br>Party: DEFENDANT  DANIEL, INMAN | |
| 10/31/2017 | COUNTY JAIL ENTRY OF APPEARANCE<br>Party: DEFENDANT  DANIEL, INMAN | |
| 11/01/2017 | COUNTY JAIL APPEARANCE BOND<br>Party: DEFENDANT  DANIEL, INMAN<br>*$25000, THEFT BY CONVERSION* | |

*Printed on 11/27/2018 at 9:12 AM*

# CASE SUMMARY
## CASE NO. 17CP171509

| | |
|---|---|
| 11/14/2017 | **COMPLAINT ROOM PRELIMINARY HEARING** (9:30 AM)  (Judicial Officer: JUDGE, COMPLAINT ROOM) |

Case No. 17 MAGC 05288

## MAGISTRATE COURT OF FULTON COUNTY
### WARRANT APPLICATION & AFFIDAVIT

**Applicant's Information**

Name: (First) Marvin (Last) Crook (Enterprise) DOB: 6, 13, 1987
Address: (Street) 5909 Peachtree Dunwoody Rd
(City) Atlanta (State) GA (Apt/Unit)
Phone: (H) 770 594 8140 (W) (Zip Code) 30340
Email address: E669M2@ERAC.com (O)

**Respondent's Information**

Name: (First) Inman (Last) Daniel DOB: 1, 23, 1972
Home Address: (Street) 2115 Piedmont RD NE (Apt/Unit) 2207
(City) Atlanta (State) Ga (Zip Code) 30324
Work Address: (Street) (Suite/Unit)
(City) (State) (Zip Code)
Phone: (H) 770 510 9739 (W) (O)
Email address:

Sex: Male ✓ Female   Race: Black   Height: 6'-"   Weight: 175 lbs   Hair color: Black
Eye color: Brown   Scars/Tattoos:

**Incident Information**

Date of Incident: 6, 23, 2017   Location type: Residence ___ Business ___ Other ✓
Address: (Street) 2224 James Jackson Pkwy NW
(City) Atlanta (State) GA
Brief Description: Mr. Inman Daniel rented a vehicle on 6/13/2017 and has not
returned. He owes initial payment and hasn't since. We have made
numerous attempts both to reach him — with no success.
Did you contact police? No ___ Yes ___ → Agency: _____ Case No. _____

Sworn to and subscribed before me,
this ___ day of July , 20 17 .
_____   By signing below, I do solemnly swear or affirm that this information is true and correct.
Deputy Clerk, Magistrate Court of Fulton County
_____
Signature of Applicant

## DECISION OF THE COURT

At scheduled court hearing, Respondent was: ___ present ✓ not present
The application is: ___ denied as Applicant fails to allege commission of an offense against penal laws of Georgia.   FMV = $15K.
___ granted for the offense(s) as follows:
Offense(s): Felony theft by conversion
Judge's comments: Car rented from Fulton County. Never returned
it. During a phone call w/applicant on 8/10
8/10/17 (R) claimed that car has "vanished" Judge, Magistrate Court of Fulton County

## AFFIDAVIT FOR ARREST (O.C.G.A. 17-4-45)

Personally came Marvin Crook , Applicant, who on oath states that to the best of his/her knowledge and belief
Inman Daniel , herein called Accused, did on the 23 day of June , 20 17 , in the county aforesaid,
commit the offense of Theft by Conversion (F), in that said Accused did after having initially obtained
a 2017 vehicle, FMV #15,000, Defendant rented the vehicle and has never
returned it. Defendant stated vehicle vanished.
said offense having been committed in Fulton County, State of Georgia, and this deponent makes this affidavit that a warrant may issue for Accused's arrest.

Sworn to and subscribed before me,
this 11 day of August , 20 17 .
_____   _____
Deputy Clerk, Magistrate Court of Fulton County   Signature of Applicant/Prosecutor

## STATE WARRANT FOR ARREST (O.C.G.A. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshal of said State:
For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922 p. 207), you are hereby commanded to arrest the
body of said Accused named in the foregoing affidavit who is charged with the offense of Felony theft by Conversion and bring him
before me or another judicial officer of this State to be dealt with as the law directs, HEREIN FAIL NOT.
This ___ day of August , 20 17 .   8/11/17
_____
Judge, Magistrate Court of Fulton County
* No Bond @ this
Time. (A)



**Rental Agreement Summary**
RA#: 848S4B
Renter: IMAN DANIEL
Enterprise Plus - PLUS

 **Dates & Times**         **Location**

**Pick up**

Tuesday, June 13, 2017 8:53 AM          2224 JAMES JACKSON
Start Charges:                          PKWY NW
Tuesday, June 13, 2017 8:53 AM          ATLANTA, GA 30318-1017
                                        (404) 794-5812

**Return**

Wednesday, June 14, 2017 9:00 AM        2224 JAMES JACKSON
                                        PKWY NW
                                        ATLANTA, GA 30318-1017
                                        (404) 794-5812

**Vehicle**

Make / Model: MITS / MIRA
Color: SILVER
Mileage: 7800
Fuel Out: 1/2
License #: GVYK87
Unit #: 7PXS9N

**Vehicle Condition:**
-REAR BUMPER —SCRATCH

**$  Renter Charges**

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 6/13/17-6/14/17 | $36.10 / Day | $36.10 |
| NO CHARGE DISTANCE 6/13/17-6/14/17 | $0.00 / Mile | $0.00 |
| REFUELING CHARGE | $3.39 / Gallons | $0.00 |

**Optional Products and Protections Accepted**

| | | |
|---|---|---|
| RAP | $3.99 / Day | $3.99 |
| DW | $18.99 / Day | $18.99 |
| PAI | $3.00 / Day | $3.00 |

**Taxes and Fees**

| | | |
|---|---|---|
| RENTAL EXCISE TAX (3%) | 3% | $1.92 |
| VEHICLE LICENSE FEE RECOVERY | $1.99 / Day | $1.99 |
| SALES TAX (7.9%) | 7.9% | $4.51 |
| Total Estimated Charge: | | $70.50 |

**Payments:**

| | | |
|---|---|---|
| VISA ******8843 | Auth | ($250.00) |
| VISA ******8843 | Sale | ($250.00) |

**Acknowledgement of Charges**

I acknowledge that I have reviewed and agree to all charges and fees listed on Summary of Charges



PERMISSION GRANTED TO OPERATE VEHICLE ONLY IN THE
STATE OF RENTAL AND THE FOLLOWING STATE(S):

OPERATION IN ANY OTHER STATE OR COUNTRY WILL
AFFECT YOUR LIABILITY AND RIGHTS UNDER THIS
AGREEMENT.

**Optional Protection Products Declined**

SUPPLEMENTAL
LIABILITY PROTECTION 2  declined    Tuesday, June 13, 2017

Owner: ENTERPRISE LEASING COMPANY OF GEORGIA, LLC

**Additional Drivers**

No Additional Drivers are authorized to drive the vehicle with the
exception of the drivers listed below.
*(Additional driver names listed here if applicable)*

Please keep this Rental Agreement Summary with you in the vehicle
during the rental.

**Local Addenda**

OPTIONAL PRODUCTS NOTICE: WE
OFFER FOR AN ADDITIONAL CHARGE
THE FOLLOWING OPTIONAL PRODUCTS:
DAMAGE WAIVER; PERSONAL ACCIDENT
INSURANCE; SUPPLEMENTAL LIABILITY
PROTECTION AND ROADSIDE ASSISTANCE
PROTECTION. BEFORE DECIDING TO
PURCHASE ANY OF THESE PRODUCTS,
YOU MAY WISH TO DETERMINE
WHETHER YOUR PERSONAL INSURANCE,
CREDIT CARD OR OTHER COVERAGE
PROVIDES YOU PROTECTION DURING
THE RENTAL PERIOD. THE PURCHASE
OF ANY OF THESE PRODUCTS IS NOT
REQUIRED TO RENT VEHICLE.

ACKNOWLEDGEMENT OF LOCAL ADDENDUM

**TERMS AND CONDITIONS**

Click to view Terms and Conditions
FORM# 039GAHC-JK_UC17

ACKNOWLEDGEMENT OF THE ENTIRE AGREEMENT

I, THE "RENTER" SIGNING BELOW, HAVE READ AND
AGREE TO THE TERMS AND CONDITIONS IN THE

RENTAL AGREEMENT JACKET. BY SIGNING BELOW, I
AM AUTHORIZING OWNER TO CHARGE TO THE CREDIT
CARD(S) AND/OR DEBIT CARD(S) THAT I HAVE PROVIDED
TO OWNER ALL AMOUNTS OWED BY ME UNDER THIS
AGREEMENT FOR ADVANCE DEPOSITS, INCREMENTAL
AUTHORIZATIONS/DEPOSITS, AND ANY OTHER AMOUNTS
OWED BY ME, AS WELL AS PAYMENTS REFUSED BY
A THIRD PARTY TO WHOM BILLING WAS DIRECTED.
I ALSO AUTHORIZE OWNER TO RE-INITIATE ANY
CHARGE TO MY CARD(S) THAT IS DISHONORED FOR
ANY REASON. I CERTIFY THAT THE DRIVERS LICENSE(S)
PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED,
EXPIRED, REVOKED, CANCELLED OR SURRENDERED.
I FURTHER ACKNOWLEDGE AND CONSENT TO THE
DISPUTE RESOLUTION PROVISIONS CONTAINED IN THIS
AGREEMENT.

848S4B

Terms and Conditions electronically accepted by the Renter
6/13/17  at 9:01 AM



5909 PEACHTREE DUNWOODY RD
STE. 500
ATLANTA, GA 30328


July 6, 2017

**WITHOUT PREJUDICE**
**VIA FEDEX AND**
**VIA FIRST CLASS MAIL**

IMAN DANIEL
413 Tibarron PKWY SE
Smyrna, GA 30080

## NOTICE DEMANDING RETURN OF OVERDUE VEHICLE

| | |
|---|---|
| **Rental Vehicle:** | 2017 Mitsubishi, Mirage, GVYK87 - FL, ML32A3HJ9HH017299, 7PXS9N |
| **Rental Contract No.:** | D114128 |
| **Rental Period:** | 06/13/17- 06/15/17 |

Dear MR. / MS. DANIEL,

We have attempted to contact you (including at the phone number(s) we were given) in connection with the rental of the Rental Vehicle. On 06/13/17 you were entrusted with the Rental Vehicle under and in strict accordance with the terms of the Rental Contract. One of the many terms of the Rental Contract required your return of the Rental Vehicle at the end of the Rental Period, which passed some time ago.

Under the plain terms of the Rental Contract you also are responsible for all charges incurred in connection with the rental of the Rental Vehicle and/or the failure to complete a rental location return of the Rental Vehicle at the end of the Rental Period. The Rental Vehicle has a past due rental rate balance of at least $1201.79 as of the date of this notice; other fees and charges may apply, depending upon, among other things, the condition of the Rental Vehicle.

Since payment on the Rental Vehicle is overdue and the Rental Vehicle has not been returned as agreed, the Rental Vehicle is being unlawfully detained, and you are in knowing and willful default under the Rental Contract. Our consent to use of the Rental Vehicle was expressly conditioned on, and strictly limited to, use in compliance with the Rental Contract. *You are hereby notified that Enterprise Rent-A-Car confirms the prior and automatic rescission and revocation of all consent, expressed or implied, for you or any other person in connection with the Rental Vehicle. This revocation and consent was automatic as of the time of your default under the Rental Contract, which may have preceded the end of the Rental Period if the Rental Contract was violated prior to that time.*

We hereby demand the immediate return of the Rental Vehicle to the original rental location, and that you immediately contact us to confirm this as well as the present location of the Rental Vehicle. We reserve the right to send our agents or third parties (including law enforcement and/or the Department of Motor Vehicles and/or similar agencies) for recovery or other lawful purposes.

**FedEx**

Shipping    Tracking    Manage    Learn    FedEx Office®

My Profile   Support   Locations   | 🌐 English     Search or tracking number

Marcel Devin Myers

---

### 779571061788

Ship date:                                           Scheduled delivery:
**Thu 7/06/2017**          **In transit**            **Pending**
                           At local FedEx facility
Enterprise Rent-a-car      MARIETTA, GA              IMAN DANIEL
Marcel Devin Myers                                   413 Tibarron PKWY SE
Suite 500                                            SMYRNA, GA US 30080
5909 Peachtree Dunwoody Road                         770 510-9739
Atlanta, GA US 30328
l 770 821-0399

---

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| — 7/13/2017 - Thursday | | |
| 10:04 am | At local FedEx facility | MARIETTA, GA |
| — 7/12/2017 - Wednesday | | |
| 5:58 pm | At local FedEx facility | MARIETTA, GA |
| — 7/11/2017 - Tuesday | | |
| 4:50 pm | At local FedEx facility | MARIETTA, GA |
| 2:34 pm | Delivery exception | MARIETTA, GA |
| | Customer not available or business closed | |
| 8:10 am | On FedEx vehicle for delivery | MARIETTA, GA |
| 6:35 am | At local FedEx facility | MARIETTA, GA |
| — 7/10/2017 - Monday | | |
| 2:41 pm | At local FedEx facility | MARIETTA, GA |
| 1:21 pm | Delivery exception | MARIETTA, GA |
| | Customer not available or business closed | |
| 7:33 am | On FedEx vehicle for delivery | MARIETTA, GA |
| 6:32 am | At local FedEx facility | MARIETTA, GA |
| — 7/08/2017 - Saturday | | |
| 8:55 am | At local FedEx facility | MARIETTA, GA |
| — 7/07/2017 - Friday | | |
| 5:16 pm | At local FedEx facility | MARIETTA, GA |
| 2:32 pm | Delivery exception | MARIETTA, GA |
| | Customer not available or business closed | |
| 8:08 am | On FedEx vehicle for delivery | MARIETTA, GA |
| 6:35 am | At local FedEx facility | MARIETTA, GA |
| — 7/06/2017 - Thursday | | |
| 10:13 pm | At destination sort facility | ATLANTA, GA |
| 9:35 pm | Left FedEx origin facility | MARIETTA, GA |
| 6:37 pm | Picked up | MARIETTA, GA |
| 2:52 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 779571061788 | Service | FedEx Standard Overnight |
| Door tag number | DT104687622751 | Weight | 0.5 lbs / 0.23 kgs |
| Signature services | Direct signature required | Delivery attempts | 3 |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Purchase order number | DANIEL |
| Department number | 0399LC | Shipper reference | 0333 |
| Packaging | FedEx Envelope | | |
| Standard transit | 7/07/2017 by 3:00 pm | Special handling section | Deliver Weekday, Residential Delivery, Direct Signature Required |

FedEx.

Search or tracking number

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx Critical Inventory Logistics
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

United States - English

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Security and P

7/6/2017     Case 17-63608-sms   Doc 43   Filed 02/21/19   Entered 02/21/19 17:20:29   Desc Main
FedEx Ship Manager - Print Your Label(s)
Document     Page 12 of 31



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

We expressly reserve all of our rights and remedies under the terms of the Rental Contract and under applicable law, and nothing herein is or shall be construed as a waiver of any of our other rights or remedies.

Should you have any questions regarding this notice, please immediately contact the undersigned.  We apologize in advance for any misunderstanding; every month we lose a portion of our fleet as a result of non-returned vehicles and we hope you can understand our need to promptly address any issues before such a loss can occur.

Thank you for your prompt attention to this matter.


Sincerely,

**ENTERPRISE RENT-A-CAR**


Paula Adkins
Risk Manager
Atlanta - West Region
(678) 260-2000



5909 PEACHTREE DUNWOODY RD
STE. 500
ATLANTA, GA 30328

July 6, 2017

**WITHOUT PREJUDICE**
**VIA FEDEX AND**
**VIA FIRST CLASS MAIL**

IMAN DANIEL
2115 PIEDMONT RD NE APT 2207
ATLANTA, GA 30324-4163

## NOTICE DEMANDING RETURN OF OVERDUE VEHICLE

| | |
|---|---|
| **Rental Vehicle:** | **2017 Mitsubishi, Mirage, GVYK87 - FL, ML32A3HJ9HH017299, 7PXS9N** |
| **Rental Contract No.:** | **D114128** |
| **Rental Period:** | **06/13/17- 06/15/17** |

Dear MR. / MS. DANIEL,

We have attempted to contact you (including at the phone number(s) we were given) in connection with the rental of the Rental Vehicle. On 06/13/17 you were entrusted with the Rental Vehicle under and in strict accordance with the terms of the Rental Contract. One of the many terms of the Rental Contract required your return of the Rental Vehicle at the end of the Rental Period, which passed some time ago.

Under the plain terms of the Rental Contract you also are responsible for all charges incurred in connection with the rental of the Rental Vehicle and/or the failure to complete a rental location return of the Rental Vehicle at the end of the Rental Period. The Rental Vehicle has a past due rental rate balance of at least $1201.79 as of the date of this notice; other fees and charges may apply, depending upon, among other things, the condition of the Rental Vehicle.

Since payment on the Rental Vehicle is overdue and the Rental Vehicle has not been returned as agreed, the Rental Vehicle is being unlawfully detained, and you are in knowing and willful default under the Rental Contract. Our consent to use of the Rental Vehicle was expressly conditioned on, and strictly limited to, use in compliance with the Rental Contract. *You are hereby notified that Enterprise Rent-A-Car confirms the prior and automatic rescission and revocation of all consent, expressed or implied, for you or any other person in connection with the Rental Vehicle. This revocation and consent was automatic as of the time of your default under the Rental Contract, which may have preceded the end of the Rental Period if the Rental Contract was violated prior to that time.*

We hereby demand the immediate return of the Rental Vehicle to the original rental location, and that you immediately contact us to confirm this as well as the present location of the Rental Vehicle. We reserve the right to send our agents or third parties (including law enforcement and/or the Department of Motor Vehicles and/or similar agencies) for recovery or other lawful purposes.

We expressly reserve all of our rights and remedies under the terms of the Rental Contract and under applicable law, and nothing herein is or shall be construed as a waiver of any of our other rights or remedies.

Should you have any questions regarding this notice, please immediately contact the undersigned. We apologize in advance for any misunderstanding; every month we lose a portion of our fleet as a result of non-returned vehicles and we hope you can understand our need to promptly address any issues before such a loss can occur.

Thank you for your prompt attention to this matter.


Sincerely,

**ENTERPRISE RENT-A-CAR**


Paula Adkins
Risk Manager
Atlanta - West Region
(678) 260-2000

FedEx.    Shipping    Tracking    Manage    Learn    FedEx Office®

My Profile  |  Support  |  Locations  |  🌐 English        Search or tracking number

Marcel Devin Myers

---

**779571005273**

| Ship date: | | Actual delivery: |
|---|---|---|
| **Thu 7/06/2017** | | **Fri 7/07/2017 9:07 am** |



**Delivered**
Signed for by: C.JOHNSON

Enterprise Rent-a-car
Marcel Devin Myers
Suite 500
5909 Peachtree Dunwoody Road
Atlanta, GA US 30328
770 821-0399

IMAN DANIEL
2115 PIEDMONT RD NE APT 2207
ATLANTA, GA US 30324
770 510-9739

## Travel History

| ▲Date/Time | Activity | Location |
|---|---|---|
| **7/07/2017 - Friday** | | |
| 9:07 am | Delivered | ATLANTA, GA |
| 7:57 am | On FedEx vehicle for delivery | ATLANTA, GA |
| 7:09 am | At local FedEx facility | ATLANTA, GA |
| **7/06/2017 - Thursday** | | |
| 10:13 pm | At destination sort facility | ATLANTA, GA |
| 9:35 pm | Left FedEx origin facility | MARIETTA, GA |
| 6:37 pm | Picked up | MARIETTA, GA |
| 2:52 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 779571005273 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Direct signature required |
| Delivery attempts | 1 | Delivered To | Apartment Office |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Purchase order number | DANIEL |
| Department number | 0399LC | Shipper reference | 0333 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery Direct Signature Required |
| Standard transit | 🕐 7/07/2017 by 8:00 pm | | |

ORIGIN ID:TMAA    (770) 821-0399
MARCUS DEDMAN
EXIT 68 MOORHOUSE HUNTER-GAR
5009 PEACHTREE DUNWOODY ROAD
SUITE 600
ATLANTA, GA 30328
UNITED STATES US

TO  IMAN DANIEL

2115 PIEDMONT RD NE APT 2207

ATLANTA GA 30324

(770) 510-9739

NV
PO DANEIL

REF 0333

DEPT 0359.C

SHIP DATE: 06JUL17
ACTWGT: 1.00 LB
CAD: 4368589/NET13850

BILL SENDER

TRK#    7795 7100 5273
0201

37 QFEA

FRI - 07 JUL 3:00P
STANDARD OVERNIGHT

30324
DSR
GA-US    ATL

FedEx
Express

546J1/C0C2/53C1

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**ENTERPRISE LEASING COMPANY OF GEORGIA, 2224 JAMES JACKSON PKWY NW, ATLANTA, GA 303181017 (404) 794-5812**

**RENTAL AGREEMENT**   **REF#**
114128                848S4B

**RENTER**
DANIEL, IMAN

**DATE & TIME OUT**
06/13/2017   08:53 AM
**DATE & TIME IN**
06/24/2017   03:47 PM

**BILLING CYCLE**
24-HOUR

**CAR CLASS CHARGED**
CCAR

**VEH #1 2017 MITS MIRA 5ES**
VIN# ML32A3HJ9HH017299
LIC# GVYK87
MILES DRIVEN   96
CAR CLASS:  ECAR

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 06/13 – 06/24 | 2 | WEEK | $180.49 | $360.98 |
| DW | 06/13 – 06/24 | 12 | DAY | $18.99 | $227.88 |
| PAI | 06/13 – 06/24 | 12 | DAY | $3.00 | $36.00 |
| RAP | 06/13 – 06/24 | 12 | DAY | $3.99 | $47.88 |
| REFUELING CHARGE | 06/13 – 06/24 | | | | $0.00 |
| | | | | Subtotal: | $672.74 |
| **Taxes & Surcharges** | | | | | |
| RENTAL EXCISE TAX | 06/13 – 06/24 | | | 3% | $20.90 |
| SALES TAX | 06/13 – 06/24 | | | 7.9% | $48.41 |
| VEHICLE LICENSE FEE RECOVERY | 06/13 – 06/24 | 12 | DAY | $1.99 | $23.88 |
| | | | **Total Charges:** | | **$765.93** |
| **Bill-To / Deposits** | | | | | |
| **DANIEL, IMAN** | | | | | |
| | 06/13 – 06/24 | 1 | RENTAL | | |
| | | | Subtotal: | | ($515.93) |
| DEPOSITS | | | | | ($250.00) |

**Total Estimated Amount Due**                              **$0.00**

**PAYMENT INFORMATION**
**AMOUNT PAID**        **TYPE**        **CREDIT CARD NUMBER**
$250.00                Visa            xxxxxxxxxxxx8843

 

Lyft Driver is Actively Using Your Location

< ⬇ 🗑 ✉ •••

Customer: Iman Daniels (07/25/2017 03:56 PM)

Mr. Daniels received a threatening email from location stating that the vehicle was reported stolen due to lack of communication. However customer states that he spoke with someone about extending the rental about two or three weeks from today 7/25. Customer would also like to note that he has a bankruptcy. Mr. Daniels would like to speak to a regional asap in regards to this issue. Prefers not to speak with location.

Agent Name: Leah-Ashley McCauley

ENTERPRISEHOLDINGS.



Lyft Driver is Actively Using Your Location

On Jul 25, 2017, at 5:17 PM, Iman Daniels <imandaniels7342@gmail.com> wrote:

> As my attorney has stated I have a contract on the vehicle. Any balance owed can be allocated upon returning rental. In the event I'm stop by an officer, my attorney have assured me, he'll file a law suit against enterprise on my behalf. I've informed you I'll drop vehicle off as soon as I'm in town.
>
> On Jul 25, 2017 5:00 PM, "Adkins, Paula B" <Paula.B.Adkins@ehi.com>
> wrote:




**APEX**
BILLING SOLUTIONS, LLC
P.O. Box 84077 • Columbus, GA 31908-4077

eBill: It's Convenient, It's Fast, It's Easy

Visit us at www.apex-billing.com or call 1-866-281-3977

GO PAPERLESS! Sign up for ebill online at www.apex-billing.com

| Pay this amount | before |
|---|---|
| $41.19 | 6/1/2017 |

| Pay this amount | AFTER |
|---|---|
| $41.19 | 6/1/2017 |

| | |
|---|---|
| Account # | 1884588 |
| Security Code | 1884588PFYPUY1 |
| Invoice # | 49992893 |
| Bill Date | 5/5/2017 |

IMAN DANIEL
413 TIBARRON PKWY SE
SMYRNA GA 30080-7281

644

Building/Unit : 0413

Service Period:  04/01/2017 - 04/30/2017 = 30 Days

PLEASE REMIT PAYMENT TO YOUR LEASING OFFICE.

| Description | Amount |
|---|---|
| Water | 11.16 |
| Sewer | 13.03 |
| Trash | 10.00 |
| Pest Control | 1.00 |
| Bill Fee | 6.00 |

For questions, call us at 1-866-281-3977 or visit us online at www.apex-billing.com.

**Total**          **$41.19**

*Please fold, tear here and return the bottom portion with your payment. Thank you.*

PLEASE REMIT PAYMENT TO LEASING OFFICE.

| Pay this amount | before |
|---|---|
| $41.19 | 6/1/2017 |

| Pay this amount | AFTER |
|---|---|
| $41.19 | 6/1/2017 |

Ashbrook Crossing
Building/Unit : 0413

**AMOUNT ENCLOSED**

| | |
|---|---|
| Account # | 1884588 |
| Security Code | 1884588PFYPUY1 |
| Invoice # | 49992893 |
| Bill Date | 5/5/2017 |

Iman Daniel
413 Tribarron Pkwy
Smyrna, GA 30080

Remit to:  ASHBROOK CROSSING
1600 TIBARRON PKWY SE
SMYRNA GA 30080-7280

188458800000411900004119O

| Iman E. Daniel | Smith Financial Service | 4854 Old National Hwy Atlanta Georgia 30337 | | | |
|---|---|---|---|---|---|
| 1600 Tibarron Pkwy Apt 413 Smyrna Georgia 30080 | | | | | |
| SSN: ***-**-7342 | Control No. RT1026 | Department: 0003698 | | Taxable Status | Single |
| Period End: 05/19/2017 | Location: Atlanta | Check No. 111360854 | | Exemptions | Federal |
| Advice Date: 05/26/2017 | | Employee ID 603 | | | State: G |
| Advice Batch No. 1111201336 | | | | | |

| Earnings | Salary | Hours | | Deductions | | Current | Y |
|---|---|---|---|---|---|---|---|
| Regular: 1,296.00 | 16.20 | 80.0 | | Fed W/H | | 163.20 | 1,629.57 |
| | | | | FICA | | 80.35 | 802.50 |
| | | | | Med | | 18.79 | 187.67 |
| | | | | St W/H | | 30.53 | 304.33 |



Rental Agreement Summary
RA# 848848
Renter: DANIEL, IMAN
Enterprise Plus

## Date & Times

## Location

### Pick up

Tue, June 13, 2017
9:00 AM

2224 JAMES
JACKSON PKWY NW
ATLANTA, GA
30318-1017
(404) 794-5812

### Return

Wed, June 14, 2017
9:00 AM

2224 JAMES
JACKSON PKWY NW
ATLANTA, GA
30318-1017
(404) 794-5812

## Vehicle

Model: MITS/MIRA
Color: Silver
Fuel: 1/2
Mileage: 7,800
License#: GVYK87
Vehicle#: 7PXS9N

## Vehicle Condition

Rear Bumper
Scratch

## Renter Charges

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 06/13-06/ | $36.10 / Day | $36.10 |
| NO CHARGE DISTANCE 06/13-06/14 | $0.00 / Mile | $0.00 |
| REFUELING CHARGE | $3.39 / Gallons | $0.00 |

### Optional Products and Protections Accepted

| | | |
|---|---|---|
| DAMAGE WAIVER | $18.99 / Day | $ |
| | $3.99 / Day | $ |
| | $3.00 / Day | $3.00 |

### Taxes and Fees

| | | |
|---|---|---|
| RENTAL EXCISE TAX | 3.00% | $1.92 |
| VEHICLE LICENSE FEE RECOVERY | $1.99 / Day | $1.99 |
| SALES TAX | 7. | $4. 1 |

Total Estimated

## Payments:

VISA **** 8843         AUTHORIZED         ($   .00)
VISA **** 8842                             ($254.00)

## Acknowledgement of Charges

I acknowledge that I have reviewed and agree
to all charges and fees listed on the summary
Charges.

PERMISSION GRANTED TO OPERATE VEHICLE ONLY IN
THE STATE OF RENTAL AND THE FOLLOWING
STATE(S):


OPERATION IN ANY OTHER STATE OR COUNTRY WILL
AFFECT YOUR LIABILITY AND RIGHTS UNDER THIS
AGREEMENT

**DECLINED**

SUPPLEMENTAL LIABILITY PROTECTION 2 – Tuesday
June 13, 2017

**ACCEPTED**

DAMAGE  WAIVER – Tuesday June 13, 2017
PAI – Tuesday June 13, 2017
RAP – Tuesday June 13, 2017

OWNER: ENTERPRISE LEASING COMPANY OF GEORGIA,
LLC

**Additional Drivers**

No Additional drivers are authorized to drive
the vehicle with the exception of the drivers
listed below.
(Additional driver names listed here if
applicable)
Please keep this Rental Agreement Summary with
you in the vehicle during the rental.

**⚖ Local Addenda**

OPTIONAL PRODUCTS NOTICE: WE OFFER FOR AN
ADDITIONAL CHARGE THE FOLLOWING OPTIONAL
PRODUCTS: DAMAGE WAIVER; PERSONAL ACCIDENT
INSURANCE; SUPPLEMENTAL LIABILITY
PROTECTION AND ROADSIDE ASSISTANCE
PROTECTION. BEFORE DECIDING TO PURCHASE
ANY OF THESE PRODUCTS, YOU MAY WISH TO
DETERMINE WHETHER YOUR PERSONAL INSURANCE,
CREDIT CARD OR OTHER COVERAGE PROVIDES YOU
PROTECTION DURING THE RENTAL PERIOD. THE
PURCHASE OF ANY OF THESE PRODUCTS IS NOT
REQUIRED TO RENT VEHICLE.

ACKNOWLEDGEMENT OF LOCAL ADDENDUM



I, THE RENTER SIGNING BELOW, HAVE READ AND
AGREE TO THE TERMS AND CONDITIONS IN THE
RENTAL AGREEMENT JACKET. BY SIGNING BELOW
I AM AUTHORIZING OWNER TO CHARGE TO THE
CREDIT CARD(S) AND/OR DEBIT CARD(S) THAT I
HAVE PROVIDED TO OWNER ALL AMOUNTS OWED BY
ME UNDER THIS AGREEMENT FOR ADVANCE
DEPOSITS, INCREMENTAL
AUTHORIZATIONS/DEPOSITS, AND ANY OTHER
AMOUNTS OWED BY ME, AS WELL AS PAYMENTS
REFUSED BY A THIRD PARTY TO WHOM BILLING
WAS DIRECTED. I ALSO AUTHORIZE OWNER TO
RE–INITIATE ANY CHARGE TO MY CARD(S) THAT
IS DISHONORED FOR ANY REASON. I CERTIFY
THAT THE DRIVERS LICENSE(S) PRESENTED IS
CURRENTLY VALID AND IS NOT SUSPENDED,
EXPIRED, REVOKED, CANCELLED OR
SURRENDERED. I FURTHER ACKNOWLEDGE AND
CONSENT TO THE DISPUTE RESOLUTION
PROVISIONS CONTAINED IN THIS AGREEMENT.

ACKNOWLEDGEMENT OF THE ENTIRE AGREEMENT



848S4B

Terms and Conditions electronically accepted
by the renter 06/13/2017 at 9:01 AM



2224 JAMES JACKSON PKWY NW
ATLANTA, GA 30318-1017

| | | |
|---|---|---|
| **Rental Agreement #:** | | 848S4B |
| **Bill Ref #** | | 9500-2081-9013 |
| **Invoice Date:** | | 07/27/2017 |
| **Account #:** | | FC10001504462 |

## BILLING DETAIL

| Description | Qty/Per | Rate | Amount |
|---|---|---|---|
| TIME & DISTANCE | 2 WK | 180.49 | 360.98 |
| DW | 12 DAY | 18.99 | 227.88 |
| ROADSIDE ASSISTANCE | 12 DAY | 3.99 | 47.88 |
| PAI | 12 DAY | 3.00 | 36.00 |
| | Subtotal | | 672.74 |
| RENTAL EXCISE TAX | PCT | 3.00 | 20.90 |
| VEHICLE LICENSE FEE RECOVERY | 12 DAY | 1.99 | 23.88 |
| SALES TAX | PCT | 7.90 | 48.41 |
| **Total Charges (USD)** | | | **765.93** |

### BILL TO

IMAN DANIEL
1600 TIBARRON PKWY UNIT 413
SMYRNA, GA - 30080

### RENTAL INFORMATION

**Date/Time Out**
06/13/2017 08:53 AM

**Date/Time In**
06/24/2017 03:47 PM

**Renter**
DANIEL, IMAN

### RENTAL VEHICLES

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| SILVER | GVYK87 | MIRA | 7PXS9N | 7,800 | 7,896 |

VIN:ML32A3HJ9HH017299

## PAYMENTS

| | | |
|---|---|---|
| Payment | Visa | -250.00 |
| **Total Payments (USD)** | | **-250.00** |

**Amount Due (USD)**      **515.93**

Individual line item charges such as, rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

### CLAIM INFORMATION

Claim# / PO# / RO#           Insured

Date of Loss     Type of Loss     Type of Vehicle

Repair Shop

**For Billing Inquiries / Payment Terms :**

Tel#:+1 6782602000

ATLWWARADMIN@EHI.COM

Payments are due immediately.

Late payments are subject to a finance charge.

---

**Thank You For Choosing Enterprise**

--------------------------------------------------------------------

**Please Return This Portion With Remittance**     **Amount Due (USD)**     515.93

**Remit To :**

ENTERPRISE RENT-A-CAR
1850 PARKWAY PLACE, STE 1000
MARIETTA, GA 30067

**Paid By:**

IMAN DANIEL
1600 TIBARRON PKWY UNIT 413
SMYRNA, GA 30080

| Fed Tax Id: 26-4548648 | Account # | Rental Agreement | Amount | GPBR |
|---|---|---|---|---|
| | FC10001504462 | 848S4B | 515.93 | 0333 |

# FOREST PARK AND MAIN STREET
# WRECKERS, INC.

P.O. BOX 874
4999 COURTNEY DRIVE • FOREST PARK, GA 30297
PHONE (404) 361-7631 / (404) 363-4095 • FAX (404) 366-3424



**TOWING
SERVICE**

| | |
|---|---|
| **B I L L  T O** | FPCC _____ ☐ CASH |
| | _____ ☐ CHARGE |
| | _____ ☐ IMPOUND |

| DATE | TIME | PURCHASE ORDER |
|---|---|---|
| 10 25 18 | | |

| YEAR | MAKE/MODEL/COLOR | VIN NO. |
|---|---|---|
| 13 | Nissan Altima | 1N4AL3AP9DC___ |

| DRIVER NAME & NUMBER | TRUCK NUMBER | TAG NUMBER |
|---|---|---|
| Darrell Hawkins | | No TAG |

| LOCATION OF VEHICLE | TOWED TO |
|---|---|
| | Lot |

| **MILEAGE** | | **EXTRA TIME** |
|---|---|---|
| FINISH _____ | CITY IMPOUND _____ | FINISH _____ |
| START _____ | COUNTY IMPOUND _____ | START _____ |
| TOTAL _____ | PRIVATE PULL _____ | TOTAL _____ |
| | OTHER _____ | |

## NOTICE

I HAVE BEEN ADVISED THAT MY VEHICLE MAY BE DAMAGED IF WINCHED, TOWED, UNLOCKED OR LEFT ON UNATTENDED PREMISES. I RECOGNIZE THE DIFFICULTY INVOLVED AND I AGREE NOT TO HOLD THE TOWING SERVICE RESPONSIBLE FOR SUCH DAMAGE SHOULD IT RESULT. ALL CLAIMS FOR DAMAGES AND MISSING ARTICLES MUST BE FILED WITH OFFICE BEFORE VEHICLE LEAVES THE LOT. VEHICLES LEFT OVER 90 DAYS WILL BE SOLD FOR STORAGE AND WRECKER BILLS.

_____        _____
SIGNATURE OF CAR OWNER OR AGENT                              DATE

## VEHICLE WILL NOT BE RELEASED UNTIL WRECKER SERVICE IS PAID.

**REMARKS:**

*Thank You For Your Patronage !*

CUSTOMER SIGNATURE

| | |
|---|---|
| TOWING CHG. | 125 00 |
| MILEAGE CHG. | |
| LABOR CHG. | |
| STORAGE CHG. | 150 |
| PAID OUT | |
| DELIVERY | |
| CLERICAL | |
| **TOTAL** | |

# CASE SUMMARY
## CASE NO. 17MAGC-05328

MORGAN CROOK
vs.
INMAN DANIEL

§
§
§
§

Location: **Downtown**
Filed on: **07/26/2017**

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | | |
|---------|---------|-----|------|--|--|
| 1.  Warrant Application | app | NA | 06/23/2017 | Case Type: | **Application Hearing** |
| | | | | Case Status: | **08/11/2017   GRANTED** |

---

### PARTY INFORMATION

| | |
|--|--|
| **Applicant** | **CROOK, MORGAN** |
| **Defendant** | **DANIEL, INMAN** |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|------|------------------------------|
| 07/26/2017 | WARRANT APPLICATION |
| 08/11/2017 | **APPLICATION HEARINGS** (9:00 AM)  (Judicial Officer: Lall, Jessy) |
| 08/11/2017 | **Disposition** (Judicial Officer: Lall, Jessy) |
| | 1.  Warrant Application |
| | Application Granted |
| | OBTS:   Sequence: |

*Printed on 11/27/2018 at 9:12 AM*

**FOREST PARK & MAIN STREET WRECKERS, INC.**
4999 Courtney Drive
Forest Park, Georgia 30297

Date *10-30-17*

RE: IMPOUNDED MOTOR VEHICLE: YEAR *2015* MAKE: *Nissan*
VIN # : *1N4AL3AP4FN403361*
NAME OF OWNER: *Iman Emanuel Daniel*
*Carmart Business Services LLC*

Dear Sir:

On the *25* day of *October*, 20*17* at the direction of Law Enforcement Officers or *FPPD*, the above-referenced motor vehicle which is owned by you, was removed by Forest Park & Main Street Wreckers, Inc. to its impound lot located at 4999 Courtney Drive, Forest Park, Georgia, where said vehicle is presently being stored. This letter is to notify you, as the owner of said vehicle, as provided by law, that the following fees have been incurred by you and are being incurred as a result of said removal and storage:

1.   Cost of removal $ *125.00*;
2.   Storage fees to date $ *90.00*;
3.   Additional storage fees of $ *15.00* per day will be incurred by you until (and including the day that) said vehicle is redeemed or sold;
4.   Advertising cost $ *35.00 + letter*

This letter is to further make formal demand upon you for payment of the above-referenced fees and costs as prescribed by law and to further notify you that Forest Park & Main Street Wreckers, Inc. has a lien against said motor vehicle pursuant to O.C.G.A. § 40-11-4 for said fees and costs and that if you do not pay said fees and costs, and redeem said vehicle within the thirty (30) days immediately following the date that said vehicle was removed to our impound lot, as specified above, then said vehicle will be deemed abandoned and, if not redeemed, will be disposed of, as provided by law, (Forest Park & Main Street Wreckers, Inc. will foreclose its lien as provided by O.C.G.A. § 40-11-5 and said vehicle shall be auctioned and sold pursuant to O.C.G.A. § 40-11-6 at a public sale as defined by O.C.G.A. § 11-1-201 with the proceeds of sale to be disposed of as provided in O.C.G.A. 40-11-8). This notification is being sent pursuant to the provisions of O.C.G.A. § 4-11-2, 4-11-5 and all other applicable provisions of Georgia Law. You are also notified that a copy of this letter has been sent to any and all registered and known parties having an interest in this vehicle.

Yours truly,

FOREST PARK & MAIN STREET WRECKERS, INC.

BY *Nereida Valdés*
Officer

*(404) 361-7631*

# Conversion Worksheet

**Date** _____ 6/23 _____

**Branch#** _____ 0333 _____

**2.0 #** _____ 848S4B _____

**Renter's Name** _____ IMAN DANIEL _____

**Unit #** _____ 7PkS9N _____

**Year/Make/Model** _____ 2017 MITS MIRAGE _____

**Circle Rental Type** (R), I, B, D, O, C

**Balance** _____ $374.93 _____

**Sent to Repo?/Date sent** _____ 6/22 _____

**Last paid day** _____ 6/13 _____

### *ALL documentation must be entered into callback notes*

## CHECKLIST (if applicable to rental type):

- ☐ ALL documents including this form must be faxed to Area Manager for approval (rental contract, additional qualifiers, licenses in Cartersville, etc.)
- ☐ Drive by all known addresses including employer address
- ☐ Phone calls to ALL phone numbers (including any references)
- ☐ Phone calls to Insurance Company (obtain what address/numbers they have)
- ☐ Phone calls to Body Shop or Dealership (obtain address/numbers)
- ☐ Check past rentals for addresses, phone numbers, employers
- ☐ Drive bys/phone calls to additional driver

Branch Manager Signature: _____ date: 6/23

Area Manager Approval: _____ date: _____



# INCIDENT REPORT

Incident #: 17-214-0869-01

**Prepared:**

8/8/2017 7:23:25 AM

**Workflow Status:  Report Approved by Central Records**

## Incident Info

| Incident # | | Report Date | | Time | Date Occurred | | Time | Poss. Date | | Time | Beat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 172140869-01 | | 8/4/2017 | | 1921 | 8/4/2017 | | 1700 | 8/4/2017 | | 1920 | 210 |

| Shift | Zone | Location | | | | | Location Type | Rpt. District | Rpt. Officer | | Inv. Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 02 | 3393 PEACHTREE RD | | | | | 18 | 210 | 5708 | | |

| Children Inv. | Family Inv. | | Gang Related | Prev. Complaints | | Prior Court Orders | | Disposition | Dispo. Date | Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| How Committed |
|---|
| STOLEN VEHICLE RECOVERED |

| Reason No Arrest | | | | Relationship of Parties | Weather |
|---|---|---|---|---|---|
| | | | | | |

## Offenses

| | Offense | | Offense | | | | | | | # of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | 91 | | Rec Stolen Veh In Jurisdiction | | | | | | | 1 |
| | IBR Code | Att/Comp | UCR | UCR Arson | UCR Status | | Bias Incident | Method of Entry | | Family Violence |
| | 9999 | C | 9999 | 0 | | | | | | N |

## Involved Parties

| | Name Type | | | | | | Name | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VICTIM | | | | | | EAN HOLDINGS LLC. | | | | |
| | Address | | | | | Bldg. | | Apt. # | Home Phone | | |
| | 2224 James Jackson Pkwy, ATL, GA  30318 | | | | | | | | (404) 863-7980 | | |
| | DOB | Age | DL Number | DL State | | DL Expire | | Sex | Race | Height | Weight | Hair | Eyes |
| | | | | | | | | | | | |
| | | Hair Style | | | Hair Type | | | Facial Hair | | | Complexion | |
| **1** | | | | | | | | | | | | |
| | Appear | Speech | Hand | Gloves | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
| | | | | | | | | | | | |
| | Body Markings Type | | Body Markings Description | | | | | | | | |
| | | | | | | | | | | | |
| | Injury / Killed | | Injury / Severity | | Location on Body | | Where Hospitalized | | | | |
| | NOT INJURED | | NOT INJURED | | | | | | | | |
| | SSN | | Occupation | | | | | | | GCIC Code | |
| | | | | | | | | | | | |
| | Employer | | Employer Address | | | | Work Phone | | Wk. Ext. | |
| | | | . . . | | | | | | | | |

No Suspects to Display!

No Arrests to Display!



# INCIDENT REPORT

Incident #: 17-214-0869-01

Prepared:

8/8/2017 7:23:25 AM

## Vehicles

| 1 | Owner | | Record Type | | | | | | VIN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RECOVERED | | | | | | ML32A3HJ9HH017299 | | |
| | Year | Make | Model | | Style | Color #1 | Color #2 | Tag Type | Tag State | Tag # | |
| | 2017 | MITS | MIR | | 4D | SILVER | SILVER | | FL | GVYK87 | |
| | Date Stolen | Time Stolen | Date Reported | Time Rprt. | Date Recov. | Time Recov. | | Value Stolen | Value Recov. | |
| | 8/2/2017 | 1303 | 8/4/2017 | 1700 | | | | | | |

| Total Vehicle Values | Total Value Stolen | Total Value Recovered |
|---|---|---|
| | | |

No Property to Display!

## Narrative

On 08/04/2017 I (Officer Henderson) while working as a plain clothes officer for the Atlanta Police Department, was in the area of Peachtree Rd when dispatch advised a stolen vehicle was entering the mall near Macys. I then responded to the location and began to canvas the area for a silver Mitsubishi Mirage with a FL Tag of GVYK87. I located the vehicle in the Peachtree Rd Macys parking lot and found that the vehicle was unoccupied. I then sat and watched the vehicle at a distance to see if anyone would approach the stolen vehicle. No one approached the vehicle and I advised dispatch to start a wrecker to my location to recover then stolen vehicle. The vehicle was then towed to Futos without further incident and the vehicle was taken off of the system as stolen.

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| Reporting Officer (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| HENDERSON   (YES ) | 5708 | 210 | | 8/4/2017 |
| Supervisor (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
| CAPELL   (YES ) | 3019 | 210 | | 8/7/2017 |

| Clerk ID # | 6288 | File Date | 8/8/2017 7:20:59 AM |
|---|---|---|---|