**IT IS ORDERED as set forth below:**

**Date: March 13, 2019**

_____
**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NUMBER: |
| | : | |
| **IMAN EMANUEL DANIEL,** | : | **17-63608-SMS** |
| | : | |
| Debtor. | : | CHAPTER 7 |
| | : | |
| **IMAN EMANUEL DANIEL,** | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| **ENTERPRISE RENT-A-CAR,** | : | |
| | : | |
| Respondent. | : | |

## ORDER AND NOTICE OF SCHEDULED EVIDENTIARY HEARING

1. An evidentiary hearing on *Motion for Sanctions for Violation of the Automatic Stay,* filed by Debtor in the above-styled matter shall be held before the undersigned on **May 9, 2019 at 9:30 am, Room 1201, United States Courthouse, 75 Ted Turner Drive, Atlanta, GA 30303.**

2. Counsel are hereby directed to exchange documents, including any exhibits parties intend to use at the hearing, on or before **April 30, 2019**.

3. Counsel are hereby directed to mark all exhibits and provide the Courtroom Deputy Clerk with a list of said exhibits and **two copies**, **separately collated and bound but not stapled**, of all exhibits on or before **May 6, 2019**. **If the exhibits are in excess of 500 pages, counsel shall contact the Courtroom Deputy Clerk to determine whether to submit the exhibits electronically instead of in hardcopy**. The marked originals of all exhibits should be brought to the hearing. The parties shall also submit a separate, typed listing of each party's objections to the exhibits of the other party. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents may be admitted at hearing without further proof of authenticity.

4. Counsel may submit proposed Findings of Fact and Conclusions of Law up until **two business days** before the hearing.

5. If the parties determine that, by reason of settlement or other good cause, the case should not go forward, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately so that the time set aside for the instant hearing may be assigned to other litigants.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's counsel, Respondent, and the chapter 7 trustee.

**END OF DOCUMENT**