**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: Iman Daniel

Case No.: 17-63608

Chapter: 7

Debtor(s)

**Motion to allow electronic device**

I Iman Daniel is asking Sage M. Sigler to allow cell Phone through sericurity, cell Phone containes vital information in regards to a recording conversation with Fedex Employee that will contradict and persent actraul fraude on Enterprise/Fedex. In documents including tracking number that was falsely persented to courts

Dated: 04/24/2019

Signature: Iman Daniel

Printed Name: Iman Daniel

Address: 265 Ponce de leon Ave. NE Apt 3216 Atlanta GA 30308

Phone:

Exhibit V

Exhibit V will demonstrate an outline with regards to Iman Emmanuel Daniel suffered in the course of Enterprise actions. Dr Calet Chandara, a Psychiatrist diagnosing myself with Post tramatic stress disorder and Major Depression Disorder arriving from Enterprise actions. The ordeal has kept myself from having the ability to function day-to-day basic skills that are essential Everday Life.

For example, the depression has cause myself to, not be able to study and concentrate for a very vital state test to advance my career, which is the Georgia Real Estate Exam. It has also cause myself to not be social with other beings and not being able to come out the house

Exhibit V will also show Enterprise sending settlements offers to settle for damages! In which I don't feel that sellllements offers are just!