**IT IS ORDERED as set forth below:**

**Date: May 8, 2019**

_____
Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISON

_____

| | | |
|---|---|---|
| IN RE: | : | |
| IMAN EMANUEL DANIEL, | : | CHAPTER 7 |
| Debtor. | : | CASE NO.: 17-63608-SMS |
| ================================ | : | |
| SLIPAKOFF & SLOMKA, PC | : | |
| Movant | : | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The above-styled Chapter 7 Case is before the Court on Howard P. Slomka and Slipakoff & Slomka P.C's Motion to Withdraw as Counsel for Debtor, which was filed on April 23, 2019. (Docket No. 50). No party has filed a response to the motion. The Court does not consider a hearing to be necessary to dispose of the matter. After reviewing the motion and the record in the case, the Court considers the request to be reasonable. Accordingly, it is ORDERED that Howard P. Slomka and Slipakoff & Slomka P.C's Motion to Withdraw as Counsel for Debtor is

GRANTED. The Clerk shall serve a copy of this order upon Debtor, the Chapter 7 Trustee, the

U.S. Trustee, and to all parties in interest in the case.

**END OF DOCUMENT**

Prepared and presented by:
\_\_\_\_\_/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017


Distribution List:

Howard P. Slomka, Esq.
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law

Iman Daniel
265 Ponce de Leon Ave. Unit 3216
Atlanta, Georgia 30308
imandaniels0123@gmail.com